# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERMAINE ANDRE GRANT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-00018 |
| | § | |
| RAFAEL MENCHACA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the January 24, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 6, and Plaintiff's February 7, 2018, objection to the M&R, Dkt. No. 7.

The Court reviews objected-to portions of the Magistrate Judge's proposed findings and recommendations de novo. 28 U.S.C. § 636(b)(1). Plaintiff's objection is frivolous, conclusory, general, or contains no arguments that the M&R has not already considered. *See* Dkt. Nos. 6, 7; *Battle v. United States Parole Comm'n*, 834 F.2d 419 (5th Cir. 1987) (determining that a district court need not consider frivolous, conclusive, or general objections).

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 6, and **OVERRULES** Plaintiff's objection, Dkt. No. 7. The Court hereby:

- **DISMISSES WITH PREJUDICE** this action,
- **COUNTS** this action as a "strike" for the purposes of 28 U.S.C. § 1915(g), and
- **DIRECTS** the Clerk of the Court to send a copy of this Order to the Manager of the Three Strikes List of the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

SIGNED this 25th day of June, 2018.

Hilda Tagle
Senior United States District Judge